DAN RAYFIELD
Attorney General
NATHANIEL AGGREY #172283
Senior Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4791
JESSICA O. KAMPFE #063887
Senior Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: Nathaniel.Aggrey@doj.oregon.gov
Jessica.Kampfe@doj.oregon.gov

Attorneys for Defendants Brazeau, Conzoner, Humphreys, Jester, Peters, Thompson and OYA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

C.L., proceeding under pseudonym,

Plaintiff,

v.

STATE OF OREGON, by and through the Oregon Youth Authority; KAREN BRAZEAU; ROBERT JESTER; COLETTE PETERS; DIRECTORS #1-5; MIKE CONZONER; DARIN HUMPHREYS; SID THOMPSON; SUPERINTENDENTS #1-5; UNKNOWN STAFFERS #1-2,

Defendants.

Case No. 6:25-cv-02227-MC

DECLARATION OF NATHANIEL AGGREY IN SUPPORT OF UNOPPOSED MOTION FOR EXTENSION OF TIME OF DISCOVERY DEADLINES

I, Nathaniel Aggrey, declare:

1. I am a Senior Assistant Attorney General assigned to represent the State Defendants in this matter. I have personal knowledge of the following and am competent to testify to the same.
2. I conferred with plaintiff's counsel regarding extending the deadline for discovery to have discovery completed by May 1, 2027; Dispositive Motions due by June 1, 2027; and Exchange of Expert Witness Statements by May 15, 2027, and plaintiff's counsel consents to the extension.
3. This extension is needed to complete the discovery process.
4. This motion is made in good faith and not for the purposes of unnecessary delay.

**I declare under penalty of perjury that the foregoing is true and correct.**

EXECUTED on August 13, 2026.

*s/ Nathaniel Aggrey*
NATHANIEL AGGREY
Senior Assistant Attorney General



Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791